UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EDULJI BHARUCHA                        :
                                       :
            Plaintiff,                 :     **ECF CASE**
                                       :
     v.                                :
                                       :     07 Civ. 5616 (NRB)
ALBERTO R. GONZALES, et al.            :
                                       :
            Defendant.                 :     NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:   Clerk of Court
      United States District Court
      Southern District of New York

     The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       June 25, 2007

                                       Respectfully submitted,

                                       MICHAEL J. GARCIA
                                       United States Attorney for the
                                       Southern District of New York

                              By:      /s/_____
                                       BRIAN M. FELDMAN
                                       Assistant United States Attorney
                                       86 Chambers Street, 3rd Floor
                                       New York, New York 10007
                                       Telephone: (212) 637-2777
                                       Facsimile: (212) 637-2717
                                       Email: brian.feldman@usdoj.gov

TO:   Michael P. DiRaimondo, Esq.

      DiRaimondo & Masi, L.L.P.
      401 Broadhollow Road
      Suite 302
      Melville, NY 11747