UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Edulji BHARUCHA,

    A78-229-257,

        Plaintiff-Petitioner,

    - against -

Alberto R. GONZALES, Attorney General;
DEPARTMENT OF HOMELAND SECURITY;
Michael CHERTOFF, Secretary, Department
of Homeland Security;UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES;
Dr. Emilio T. GONZALES, Director, United States
Citizenship & Immigration Services; Andrea
QUARANTILLO, District Director, New York
District Office, United States Citizenship and
Immigration Services, Federal Bureau of
Investigations ("FBI"); Central Intelligence
Agency ("CIA");

        Defendants-Respondents.
------------------------------------------------------------X

DECLARATION OF SERVICE

Civil Action Docket No.
07 CV 5616

    Matthew S. Mulqueen, hereby declares:

1.     I am a law clerk for DiRaimondo & Masi, LLP, attorneys for Petitioner, and am over 18 years of age.

2.     On June 13, 2007 I served a true and correct copy of the Summons and Complaint and Petition for Writ of Mandamus, by first class mail addressed to the following:

| | | |
|---|---|---|
| Honorable Alberto R. Gonzales<br>Attorney General<br>Main Justice<br>10th & Constitution Avenues, N.W.<br>Washington, D.C. 20530 | -and- | Michael Chertoff, Secretary<br>Department of Homeland Security<br>Washington, D.C. 20528 |
| Central Intelligence Agency<br>Washington, D.C. 20505 | -and- | Dr. Emilio T. Gonzales, Director<br>U.S. Citizenship and Immigration |

        Service  
        425 Eye Street  
        Washington, D.C. 20536

    I certify that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 13, 2007  
       Melville, New York

        _____  
        Matthew S. Mulqueen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Edulji BHARUCHA,

    A78-229-257,

        Plaintiff-Petitioner,

    - against -

Alberto R. GONZALES, Attorney General;
DEPARTMENT OF HOMELAND SECURITY;
Michael CHERTOFF, Secretary, Department
of Homeland Security;UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES;
Dr. Emilio T. GONZALES, Director, United States
Citizenship & Immigration Services; Andrea
QUARANTILLO, District Director, New York
District Office, United States Citizenship and
Immigration Services, Federal Bureau of
Investigations ("FBI"); Central Intelligence
Agency ("CIA");

        Defendants-Respondents.
-------------------------------------------------------X

**DECLARATION OF SERVICE**

Civil Action Docket No.
07 CV 5616

Matthew S. Mulqueen, hereby declares:

1. I am a law clerk for DiRaimondo & Masi, LLP, attorneys for Petitioner, and am over 18 years of age.

2. On June 13, 2007 I served a true and correct copy of the Summons and Complaint and Petition for Writ of Mandamus, by hand to the following:

| | | |
|---|---|---|
| Andrea Quarantillo<br>District Director, NY Office<br>USCIS<br>26 Federal Plaza, 11th Floor<br>New York, New York 10278 | -and- | Federal Bureau of Investigation<br>26 Federal Plaza<br>New York, NY 10278 |

                                        -and-

                           James Lopreste
                    Special Assistant U.S. Attorney

86 Chambers Street, 3rd Floor<br>New York, NY 10278

I certify that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 13, 2007
      Melville, New York

                                                       Matthew S. Mulqueen