July 10, 2007

Honorable Naomi Reice Buchwald
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Bharucha v. Gonzales, et al. 07 Civ. 5616</u>

Dear Judge Buchwald:

    I represent Mr. Edulji Bharucha with regard to the above referenced mandamus action, which was filed on June 13, 2007. As outlined in the complaint, Mr. Bharucha's application for naturalization was filed on July 5, 2006, now over one year ago. Upon information and belief, the adjudication of his application is being delayed because his security checks have not been completed.

    Because Mr. Bharucha must leave the United States at the end of July for business purposes, I respectfully request that an emergency conference be scheduled in this matter. Mr. Bharucha is anxious to have his application completed, and would like to have it adjudicated prior to his departure.

    Thank you for your time and consideration of this request.

                                               Very truly yours,

                                             Michael P. DiRaimondo

MPD/sh

cc:    Brian M. Feldman, AUSA